IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

WILLIE CARTER, III,                    : CASE NO. 3:12 CV 00632

           Petitioner

   -vs-                               : JUDGMENT ENTRY

NORMAN ROBINSON,

           Respondent.

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    In accordance with the Court's contemporaneously entered Memorandum and Order, the instant petition is hereby dismissed pursuant to 28 U.S.C. § 2243. This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

Date: 28 May 2013

                                            /s/ Lesley Wells
                                      UNITED STATES DISTRICT JUDGE